United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 09-34516-pm
Michael L. Subin                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: lalexande        Page 1 of 2              Date Rcvd: Mar 23, 2012
                              Form ID: odsctr        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2012.
db            +Michael L. Subin,   822 Still Creek Lane,   Gaithersburg, MD 20878-3218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2012**                    **Signature:**        *Joseph Speetjens*

District/off: 0416-0          User: lalexande          Page 2 of 2          Date Rcvd: Mar 23, 2012
                             Form ID: odsctr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2012 at the address(es) listed below:
              Adam Brown Ross    on behalf of Debtor Michael Subin  rbrbankruptcy@gmail.com
              Mark David Meyer    on behalf of Creditor  Deutsche Bank National Trust Company, as Trustee for
               Saxon Asset Securities Trust 2005-1  bk@rosenberg-assoc.com,  jansell@rosenberg-assoc.com
              Timothy P. Branigan    cmecf@chapter13maryland.com
                                                                      TOTAL: 3

Entered: March 23, 2012
Signed:  March 23, 2012

**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   09–34516 – PM      Chapter:   13

Michael L. Subin
822 Still Creek Lane
Gaithersburg, MD 20878

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Timothy P. Branigan
       P.O. Box 1902
       Laurel, MD 20725–1902

**odsctr – *lalexander***

**End of Order**